1

2

3                                                                O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  APL CO. PTE., LTD., a          )  Case No. CV 15-00222 DDP (Ex)
    corporation,                   )
12                                 )  **ORDER VACATING MOTION TO STRIKE**
                    Plaintiff,     )  **AND MOTION TO DISMISS**
13                                 )
          v.                       )  [Dkt. Nos. 9, 10]
14                                 )
    MEGA SHIPPING, INC., a         )
15  corporation; KPJ ENTERPRISE,   )
    INC., a corporation; and       )
16  PHILIP MOO SHIANG LEE, an      )
    individual,                    )
17                                 )
                    Defendants.    )
18  _____)

19

20       Defendant Mega Shipping moves to strike or dismiss claims

21  against it in this action.  (Dkt. Nos. 9, 10.)  However, the

22  parties agree that Mega Shipping has not met and conferred with

23  opposing counsel as required under Local Rule 7-3.  (E.g., Reply

24  ISO Mot. Dismiss at 5:13-22.)  Subject to some exceptions not

25  relevant here, that rule instructs that

26       [C]ounsel contemplating the filing of any motion *shall* first

27       contact opposing counsel to discuss thoroughly, preferably in

28       person, the substance of the contemplated motion and any

1   potential resolution. The conference *shall* take place at least

2   seven (7) days prior to the filing of the motion.

3 L.R. 7-3 (emphases added).

4   As the emphasized language makes clear, the meet-and-confer

5 provision is not optional.  The court therefore VACATES both

6 motions.  Mega Shipping is free to re-file the motions in

7 conformity with the Local Rules.

8

9 IT IS SO ORDERED.

10

11

12 Dated: April 2, 2015

13                                          DEAN D. PREGERSON
                                           United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2